IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL SANCHEZ,

      Plaintiff,                    No. 2:10-cv-2686 JFM (PC)

    vs.

F. McLEAN, et al.,

      Defendants.             ORDER TO SHOW CAUSE

_____/

        Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to proceed with this action before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). <u>See</u> Consent filed October 13, 2010. By order filed October 18, 2010, plaintiff was ordered to, within thirty days, file an application to proceed in forma pauperis or pay the appropriate filing fee and was cautioned that failure to do so might result in the dismissal of this action. The thirty day period has now expired, and plaintiff has not filed an in forma pauperis application or paid the appropriate filing fee. Plaintiff has, however, filed a notice of change of address which suggests that he is no longer incarcerated in a state prison.

        Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall show cause in writing, if any he has, why this action should not be

1  dismissed for failure to comply with the court's October 18, 2010 order.  Failure to respond to
2  this order will result in a recommendation that this action be dismissed.
3  DATED: December 2, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
sanc2686.osc