IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL SANCHEZ,

      Plaintiff,                       No. 2:10-cv-2686 JFM (PC)

    vs.

F. McLEAN, et al.,

      Defendants.            <u>ORDER</u>

          Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to proceed with this action before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). <u>See</u> Consent filed October 13, 2010. By order filed October 18, 2010, plaintiff was ordered to, within thirty days, file an application to proceed in forma pauperis or pay the appropriate filing fee and was cautioned that failure to do so might result in the dismissal of this action. Plaintiff failed to comply with the October 18, 2010 order and on December 3, 2010, plaintiff was ordered to show cause in writing within twenty days why this action should not be dismissed for failure to comply with the court's October 18, 2010 order.[1] That twenty day period has now expired and plaintiff has neither complied with the

---

[1] Plaintiff was cautioned that failure to respond to the order to show cause would result in a recommendation that this action be dismissed. In view of plaintiff's consent to proceed before

1

court's October 18, 2010 order nor responded in any way to the December 3, 2010 order to show cause.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41; Local Rule 110.

DATED: January 3, 2011.

UNITED STATES MAGISTRATE JUDGE

12
sanc2686.fsc

---

a United States Magistrate Judge pursuant to 28 U.S.C. § 636, the action will be dismissed by order of this court.